## Case No. 13,372.

### STEPHENSON v. GIBERSON.

[1 Cranch, C. C. 319.] [1]

Circuit Court, District of Columbia. June Term, 1806.

ATTACHMENT—CONDEMNATION—PROOF OF DEBT.

1. Upon an attachment under Act 1795, c. 56, the plaintiff must prove his debt before he can obtain judgment of condemnation.

2. Quære, whether attachment lies for unliquidated damages.

Attachment under Act Md. 1795, c. 56. The plaintiff made affidavit and annexed articles of agreement by which the defendant had agreed to do bricklaying work for the plaintiff.

THE COURT refused to condemn the attached effects without proof of the debt, and doubted whether a claim of unliquidated damages can be the ground of an attachment under the act of 1795.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]